LLOYD SPICER, JR., Through his Next Friend, LLOYD SPICER, SR. v. DAVID MONROE BYRD and JOHN PRESTON BYRD.
AND
LLOYD SPICER, SR. v.
DAVID MONROE BYRD and JOHN PRESTON BYRD.

(Filed 10 April 1963.)

APPEAL by defendants from *Shaw, J.*, Regular November Civil Term 1962 of YADKIN.

These civil actions were consolidated for trial. They grew out of an automobile collision which occurred on 25 April 1962, shortly after midnight, between the Ford automobile owned by Lloyd Spicer, Sr. and driven by his son, Lloyd Spicer, Jr., and the Pontiac automobile owned by John Preston Byrd and driven by his son, David Monroe Byrd.

The collision occurred on North Carolina Highway No. 268, at or near the point where the Traphill Road intersected said highway from the north and Elk Spur Road intersected it from the south.

Lloyd Spicer, Jr. brought his action through a next friend to recover for personal injuries sustained in the collision. Lloyd Spicer, Sr. brought his action to recover for damages to his automobile.

The defendant John Preston Byrd set up a counterclaim or cross action for property damages, and the defendant David Monroe Byrd set up a counterclaim or cross action for personal injuries sustained in the collision.

The evidence tends to show that Lloyd Spicer, Jr. pulled into the West End Grill, which is located at the northeastern intersection of Traphill Road and Highway No. 268; that when this plaintiff left the premises of the West End Grill, at or near the intersection he headed his car south towards Elk Spur Road; that before entering the highway he looked up and down Highway No. 268 and saw no car coming; that he started across the road and reached the center line of Highway No. 268, which runs east and west, when the Pontiac automobile driven by David Monroe Byrd hit the car plaintiff was driving on its left side. The intersection is located on the crest of a hill, and from said intersection one can see along Highway No. 268 to the east for a distance of 350 to 400 feet, then the road takes a considerable drop. The evidence further tends to show that the speed limit in the area was 35 miles per hour; that the Pontiac car which was approaching from the east on Highway No. 268 was traveling in excess of 35 miles per hour and hit the car driven by the plaintiff in the center of the intersection; that the Pontiac car skidded about 106 feet before it reached the point of impact with the Ford car driven by plaintiff Lloyd Spicer, Jr.

The jury gave plaintiff Lloyd Spicer, Jr. a verdict for personal injuries and gave plaintiff Lloyd Spicer, Sr. a verdict for damages to his car. Judgment was entered accordingly.

The defendant appeals, assigning error.

*Allen, Henderson & Williams; McElwee & Hall for plaintiff appellees.*

*Deal, Hutchins & Minor; Ralph Davis for defendant appellants.*

PER CURIAM. There was plenary evidence in the trial below to support the verdict. Furthermore, a careful review of the evidence and the charge of the court leaves us with the impression that the defendants' exceptions and assignments of error present insufficient prejudicial error to justify the granting of a new trial.

No error.